UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STEPHANIE GORDON,<br><br>　　　　　　　　　Plaintiff,<br>v.<br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　　　　　　Defendant. | Case No. 2:18-cv-00492-JCM-GWF<br><br>**ORDER** |

On March 16, 2018, *pro se* Plaintiff Stephanie Gordon, filed an Application for Leave to Proceed *In Forma Pauperis* (ECF No. 1) and an Expedited Hearing for Review of Social Security Decision (ECF No. 1-1). The Court issued its Screening Order (ECF No. 3) granting Plaintiff's application to proceed *in forma pauperis*, but dismissed Plaintiff's expedited hearing request, with leave to amend. *Order*, (ECF No. 3). Plaintiff was then given a deadline to file an amended complaint correcting the noted deficiencies by no later than April 11, 2018. To date, the Plaintiff has failed to file an Amended Complaint. On April 2, 2018, the Court received a returned mail notice related to an advisory letter previously mailed to Plaintiff. ECF No. 4. A new address has not since been provided. In light of such, the Court will set a new deadline to allow Plaintiff additional time to file an amended complaint, should she elect to do so. Plaintiff is advised to refer to the Court's screening order for instructions on how to do so.

On October 19, 2018, the Court received a facsimile from Plaintiff requesting what appears to be a status update on her case. Plaintiff is informed that if she continues to elect to represent herself in this matter she must familiarize herself with both the Local Court Rules and Federal Rules of Civil Procedure. The Court does not provide status updates on cases but will advise once any action has been made. Accordingly,

1

**IT IS HEREBY ORDERED** that Plaintiff shall file an Amended Complaint no later than **Monday, November 26, 2018**. If Plaintiff fails to file an amended complaint, the Court will recommend her complaint be dismissed with prejudice.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall re-mail the Advisory Letter (ECF No. 2) and the Court's Screening Order (ECF No. 3) to Plaintiff.

Dated this 22nd day of October, 2018.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE