UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| STEPHANIE GORDON, | Case No. 2:18-cv-00492-JCM-GWF |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

This matter is before the Court on Plaintiff's response to the Court's Order to Show Cause (ECF No. 11) filed July 5, 2019. On May 29, 2019 the Court entered an Order to Show Cause (ECF No. 9) instructing Plaintiff to show cause, in writing, no later than June 28, 2019 why this matter should not be dismissed for failure to file an amended complaint. The Court warned Plaintiff that failure to timely respond to the Order could result in a recommendation to the district judge the case be dismissed. Plaintiff's Response seemingly attempts to explain why her response was filed one week after the responsive deadline ordered by the Court. Upon review and consideration, the Court will permit Plaintiff to file her Amended Complaint by no later than August 16, 2019. Accordingly,

. . .

. . .

. . .

. . .

. . .

. . .

**IT IS HEREBY ORDERED** that Plaintiff file her Amended Complaint by no later than **August 16, 2019**. Failure to file her Amended Complaint shall result in a recommendation to the district judge that this case be dismissed.

Dated this 12th day of July, 2019.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE